*Oscar Coles et al. Ex'rs, &c.* v. *Rodman Bowne.* W. K. THORNE, for complainants; S. F. CLARKSON, for defendant. Decree appealed from reversed and bill dismissed with costs in court below, but without costs to either party upon the appeal.

*Nicholas W. West et al.* v. *The Mayor, &c. of the City of New-York.* L. H. SANDFORD, for the complainant; P. A. COWDREY, for defendants. Injunction dissolved, so far as it was not dissolved upon the argument, with costs to the dedefendants.

*Samuel B. Reeve et al.* v. *The Mayor, &c. of the City of New-York.* L. H. SANDFORD, for complainants: P. A. COWDREY, for defendants. Injunction dissolved, with costs.

*William James et al.* v. *Lawrence C. Woodruff et al. trustees of the Lockport Bank.* J. BEARDSLEY, for appellant; D. SELDEN, for complainant. Decree of the late assistant vice-chancellor reversed, and bill dismissed with costs; but without prejudice.

LATHROP EDDY,

**EXAMINER IN CHANCERY,**

*NO. 51 LIBERTY STREET,*

New-York.